## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jacqueline Marie Walker
                             Plaintiff,

v.                                    Case No.: 1:17–cv–02203
                                      Honorable Robert M. Dow Jr.

Verde Energy USA, Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the notice of voluntary dismissal with prejudice [14] filed on 5/18/2017, this action is dismissed with prejudice. Status hearing set for 6/8/2017 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.